## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE J. COLLINS<br><br>        Plaintiff,<br><br>V.<br><br>ZIMMER, INC.<br><br>        Defendants. | Civil Action No. 3:20-cv-00219-MPS<br><br>JUNE 2, 2021 |

### MOTION TO WITHDRAW APPEARANCE OF ADAM M. MASIN

The undersigned, Adam M. Masin, seeks leave of the Court to withdraw his appearance on behalf of defendant Zimmer, Inc. ("Defendant"). Mr. Masin, formerly of Faegre Drinker LLP, has joined Gordon Rees Scully Mansukhani. Faegre Drinker LLP has been replaced as counsel for Zimmer, Inc. by Conway Stoughton LLC. Defendants will continue to be represented by Attorney Christopher P. Williams of Conway Stoughton LLC, Attorney Keely Fraser Morton of Quarles & Brady LLP and Attorney Kip McDonald of Faegre Drinker Biddle & Reath LLP, who have appearances on file in this matter on behalf of Zimmer, Inc.

WHEREFORE, the undersigned counsel requests that the Court grant this Motion and withdraw his appearance on behalf of defendant Zimmer, Inc.

                  THE DEFENDANT,
                  ZIMMER, INC.

             By */s/ Adam M. Masin*
                 Adam M. Masin (ct30303)
                 Gordon Rees Scully Mansukhani, LLP
                 95 Glastonbury Boulevard, Suite 206
                 Glastonbury, CT 06033
                 Phone: 860-494-7542
                 Fax: 860-560-0185

2

amasin@grsm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically this 2nd day of June, 2021. Notice of this filing will be sent by email, by operation of the Court's electronic filing system, and served by mail on all parties unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ *Adam M. Masin*
      Adam M. Masin